# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 4453 | **DATE** | 6/15/2001 |
| **CASE TITLE** | Ronald Callowy, et al vs. Police Officers John Doe, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing set for 8/1/01 at 9:00 A.M..
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]   Enter Memorandum Order. But given the mandate of Rule 26(a) as implemented by the contemporaneously-entered order in this action, it is excepted that the City will quickly provide plaintiffs' counsel with the necessary information to enable him to file an amended complaint that will substitute specifically 8identified defendant officers for the present "John Doe," and "John Moe" and "John Poe." In that way the initial status hearing can be a more informative proceeding. (Pretrial schedule on reverse of minute order).
(11) ■ [For further detail see order on the reverse side of the original minute order.] order attached to the original minute

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JUN 18 2001 date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | ED-7 FILED FOR DOCKETING | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | 01 JUN 15 PM 2: 14 | 6/15/2001 date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

## MEMORANDUM ORDER

This order is being entered shortly after the filing of the Complaint in this action. Counsel for plaintiff(s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that process has been or is being served on such defendant.

There will be a status hearing--a "scheduling conference," as that term is used in Fed. R. Civ. P. ("Rule") 16(b)(a copy of which is attached)--in this case at 9:00 a.m. on August 1, 2001,(the "Status Hearing Date"). Counsel for plaintiff(s) and for each defendant that has either been served with process or has appeared (or both) at least 21 days before that Status Hearing Date are ordered to meet not later than 21 days before the Status Hearing Date[1] to comply with the provisions of Rule 26(f)(a copy of which is also attached), together with a copy of this District Court's LR 26.1. Counsel for the parties should attend the scheduled Status Hearing prepared to discuss briefly their proposed discovery plan and the other subjects that may be appropriate for inclusion in the scheduling order as referred to in Rule 16(b).

Instead of the scope of mandatory initial disclosure prescribed by Rule 26(a)(1) as amended effective December 1, 2000, each party is ordered to provide to other parties the broader categories of information that were prescribed in Rules 26(a)(1)(A) and (B) before such amendment (see copy attached for the prior text of those Rules).

---

[1] If any party is unrepresented by counsel, that party must comply with this order personally.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RONALD CALLOWAY, et al., )
)
Plaintiffs, )
)
v. ) No. 01 C 4453
)
POLICE OFFICERS JOHN DOE, et al., )
)
Defendants. )

MEMORANDUM ORDER

This Court is contemporaneously issuing one of its regularly-entered threshold orders in newly-filed cases, both setting an initial status hearing date and requiring the litigants' compliance with the advance disclosure provisions of Fed. R. Civ. P. ("Rule") 26(a). This supplemental memorandum order is being entered because of the special circumstances disclosed by the Complaint.

Three minors, each of whom is suing through a parent and best friend, charge violations of their federal constitutional rights (and also of certain of their rights under state law), by unknown Chicago police officers, and they have joined the City of Chicago itself as a defendant to the state law claims. Before December 1, 2000, when this District Court had opted out of the advance disclosure requirements of then-existing Rule 26(a), the ascertainment of the identity of the police officers would have required the institution of discovery requests by plaintiffs' counsel. But given the mandate of Rule 26(a) as implemented by

the contemporaneously-entered order in this action, it is expected that the City will quickly provide plaintiffs' counsel with the necessary information to enable him to file an amended complaint that will substitute specifically identified defendant officers for the present "John Doe," "John Moe" and "John Poe." In that way the initial status hearing can be a more informative proceeding.

/s/ Milton I. Shadur
Milton I. Shadur
Senior United States District Judge

Date: June 15, 2001